IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| SEAN LEWANDOWSKI,<br><br>　　　　Plaintiff,<br><br>v.<br><br>GE HEALTHCARE INC.;<br>GENERAL ELECTRIC COMPANY;<br>MCKESSON CORPORATION,<br><br>　　　　Defendants. | C.A. No.: 1:18-cv-01641-RGA |

**STIPULATION FOR DISMISSAL WITH PREJUDICE**

　　Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), the parties stipulate that Plaintiff hereby dismisses all claims and dismisses this action with prejudice, in exchange for Defendants waiving any claim for costs or fees.  Therefore, this matter shall be dismissed with prejudice, with each party to bear his or its own costs and attorney fees in this action.

1

Dated:  August 14, 2019                     Respectfully submitted,


                                                      */s/ Michael C. Dalton*
Bartholomew J. Dalton, Esq. (#808)
Michael C. Dalton, Esq. (#6272)
Dalton & Associates, P.A.
Cool Spring Meeting House
1106 West 10th Street
Wilmington, DE 19806
Telephone:	302.652.2050
Facsimile:	302.652.0687
Email:  bdalton@bdaltonlaw.com
        mdalton@bdaltonlaw.com


and

Michael L. O'Donnell (*pro hac vice*)
James E. Hooper, Jr. (*pro hac vice*)
Jeremy A. Moseley (*pro hac vice*)
Wheeler Trigg O'Donnell LLP
370 Seventeenth Street, Suite 4500
Denver, Colorado 80202
Telephone:	303.244.1800
Facsimile:	303.244.1879
Email:  odonnell@wtotrial.com
hooper@wtotrial.com
moseley@wtotrial.com

Attorneys for Defendants,
GE Healthcare Inc. and General Electric Company

Dated:  August 14, 2019                                  Respectfully submitted,


                                                         /s/ *Kyle John McGee*
                                                         Kyle John McGee
                                                         Grant & Eisenhofer, P.A.
                                                         123 Justison Street
                                                         Wilmington, DE 19801
                                                         Telephone:    302.622.7126
                                                         Email:  kmcgee@gelaw.com

                                                         and

                                                         Curtis Brooks Cutter
                                                         Margot Cutter
                                                         Todd A. Walburg
                                                         Cutter Law P.C.
                                                         401 Watt Ave., #100
                                                         Sacramento, CA 95864
                                                         Telephone:    916.290.9400
                                                         Email:  bcutter@cutterlaw.com
                                                                 mcutter@cutterlaw.com
                                                                 twalburg@cutterlaw.com

                                                         Attorneys for Plaintiff

Dated: August 14, 2019	Respectfully submitted,

	*/s/ Victor William Scarpato, III*
	Victor William Scarpato, III
	Wheeler Trigg O'Donnell LLP
	370 Seventeenth Street, Suite 4500
	Denver, Colorado 80202
	Telephone:	303.244.1800
	Facsimile:	303.244.1879
	Email:	scarpato@wtotrial.com

	Attorney for McKesson Corporation

4