IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| SEAN LEWANDOWSKI,<br><br>    Plaintiff,<br><br>v.<br><br>GE HEALTHCARE INC.;<br>GENERAL ELECTRIC COMPANY;<br>MCKESSON CORPORATION,<br><br>    Defendants. | C.A. No.: 1:18-cv-01641-RGA |

**STIPULATION FOR DISMISSAL WITH PREJUDICE**

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), the parties stipulate that Plaintiff hereby dismisses all claims and dismisses this action with prejudice, in exchange for Defendants waiving any claim for costs or fees. Therefore, this matter shall be dismissed with prejudice, with each party to bear his or its own costs and attorney fees in this action.

1

Dated: August 14, 2019                    Respectfully submitted,

                                          /s/ Michael C. Dalton
                                          Bartholomew J. Dalton, Esq. (#808)
                                          Michael C. Dalton, Esq. (#6272)
                                          Dalton & Associates, P.A.
                                          Cool Spring Meeting House
                                          1106 West 10th Street
                                          Wilmington, DE 19806
                                          Telephone:   302.652.2050
                                          Facsimile:   302.652.0687
                                          Email:  bdalton@bdaltonlaw.com
                                                  mdalton@bdaltonlaw.com

                                          and

                                          Michael L. O'Donnell (*pro hac vice*)
                                          James E. Hooper, Jr. (*pro hac vice*)
                                          Jeremy A. Moseley (*pro hac vice*)
                                          Wheeler Trigg O'Donnell LLP
                                          370 Seventeenth Street, Suite 4500
                                          Denver, Colorado 80202
                                          Telephone:   303.244.1800
                                          Facsimile:   303.244.1879
                                          Email:  odonnell@wtotrial.com
                                          hooper@wtotrial.com
                                          moseley@wtotrial.com

                                          Attorneys for Defendants,
                                          GE Healthcare Inc. and General Electric Company

Dated: August 14, 2019                                    Respectfully submitted,


                                                          */s/ Kyle John McGee*
                                                          Kyle John McGee
                                                          Grant & Eisenhofer, P.A.
                                                          123 Justison Street
                                                          Wilmington, DE 19801
                                                          Telephone:    302.622.7126
                                                          Email:  kmcgee@gelaw.com

                                                          and

                                                          Curtis Brooks Cutter
                                                          Margot Cutter
                                                          Todd A. Walburg
                                                          Cutter Law P.C.
                                                          401 Watt Ave., #100
                                                          Sacramento, CA 95864
                                                          Telephone:    916.290.9400
                                                          Email:  bcutter@cutterlaw.com
                                                                  mcutter@cutterlaw.com
                                                                  twalburg@cutterlaw.com

                                                          Attorneys for Plaintiff

3

Dated: August 14, 2019                    Respectfully submitted,

/s/ *Victor William Scarpato, III*
Victor William Scarpato, III
Wheeler Trigg O'Donnell LLP
370 Seventeenth Street, Suite 4500
Denver, Colorado 80202
Telephone:   303.244.1800
Facsimile:    303.244.1879
Email: scarpato@wtotrial.com

Attorney for McKesson Corporation

SO ORDERED this 15 day of August, 2019

*[signature]*
United States District Judge

4